1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-013 LJO
12 | Plaintiff, | MOTION TO DISMISS COMPLAINT; DECLARATION; ORDER THEREON
13 | DANIEL WESLEY ALLEN, |
14 | Defendant. |

15

16     The United States of America ("the government"), by and through Benjamin B. Wagner, United

17 States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, moves this Court for

18 permission to dismiss the indictment against Daniel Wesley Allen ("defendant") in the in Case No. 1:09-

19 cr-13 LJO.

20     Good cause exists to dismiss the indictment against the defendant in the interest of justice, and

21 pursuant to Fed. R. Crim. P. 48(a), for the following reasons:  The defendant was indicted for an escape

22 on January 15, 2009.  Since that time, the United States Marshal has searched for the defendant in an

23 attempt to execute the arrest warrant.  The United States Marshal has indicated that they are closing the

24 search for the defendant, based on, among other things, the attached death certificate from Mexico

25 relating to the defendant.  For these reasons, and in the interest of justice, the government moves to

26 dismiss the indictment against the defendant.

27 ///

28 ///

**Declaration**

I, Mia A. Giacomazzi, declare under penalty of perjury that I am an Assistant United States Attorney for the Eastern District of California. The factual representations set forth above are true and correct to the best of my knowledge.

Dated: December 2, 2014.                                BENJAMIN B. WAGNER
                                                        United States Attorney

                                                         /s/ Mia A. Giacomazzi
                                                        MIA A. GIACOMAZZI
                                                        Assistant United States Attorney

**ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:09-cr-13 LJO shall be DISMISSED without prejudice. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 6, 2014**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE